Jason K. Reed (#022657)
Marc T. Steadman (#011732)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona 85211-1466
Telephone: (480) 644-2343
mesacityattorney@mesaaz.gov
Steadmanmarc@gmail.com

Attorneys for Defendants Orr, Grimm, and City of Mesa

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| Virginia Archer, | Case No. CV-18-2434-SMB |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Officer C. Orr; et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement as to all claims and all parties in the above-captioned matter. It is anticipated that a Stipulation and Order for Dismissal will be filed with the Court within the next thirty days.

Dated this 13th day of August, 2020.

    /s/ Jason K. Reed
Jason K. Reed
Marc T. Steadman

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and I served the attached document by U.S. Mail on the following, who is not a registered participant of the CM/ECF System:

Conrad J. Benedetto, Esq.
Law Offices of Conrad J. Benedetto
1615 S. Broad Street
Philadelphia, PA 19148
*Attorney for Plaintiff*


 /s/ Mirna Poiani